IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                          CASE NO.  4:16CR00233-11-JLH

ANTONIO MCNICHOLS                                                     DEFENDANT

## ORDER

The Court has requested and received a transcript of the detention hearing held before United States Magistrate Judge Joe J. Volpe on October 26, 2016.  The Clerk of the Court is hereby directed to issue a check to Robin Warbritton, Transcriptionist, in the amount of $190.35.  A copy of the invoice for transcription services is attached.

IT IS SO ORDERED this 23rd day of November, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

**ORIGINAL**
INVOICE

TO:   United States District Court
      Eastern District of Arkansas
      **(For Judge J. Leon Holmes)**

INVOICE DATE:   November 21, 2016          INVOICE NO.:  ARE17-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-6

TRANSCRIPT OF:   Detention Hearing held on 10/26/2016

Case Name:   *USA v. Antonio McNichols*

Case No.:   4:16-CR-00233-11-JLH

Hearing Date:   10/26/2016

Presiding Judicial Officer:        Honorable Joe J. Volpe

Transcript Type:  **7-day Expedited Original Transcript**
Transcript Order Date: 11/14/2016
Transcript Order and Recording Received by Transcriber Date:  11/15/2016 (recording rec'd, ruling not on disk)
                                                              11/21/2016 (2nd recording of ruling rec'd)
Transcript Order Due Date:  11/22/2016 (7 days from receipt of recording & transcript order)
Transcript Completed/Delivery Date:  11/22/2016 (Via courier, Attn: Ms. Lorna Jones, Courtroom Deputy)
Court's Copy of Transcript Delivered:  11/22/2016 (Via courier, Attn: Ms. Lorna Jones, Courtroom Deputy)

| | |
|---|---|
| 47 pages @ $4.05 per page (7 day expedited rate) | $190.35 |
| TOTAL DUE | $190.35 |

**REMIT TO:**
Robin Warbritton
20 Liberty Road
Vilonia, AR  72173
(501) 796-6560
TIN: *****0725
rwarbritton@yahoo.com
Contract No:  USDC-ARE-17-001

---

TRANSCRIBER CERTIFICATION:

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

*[signature: Robin Warbritton]*                    11/21/2016
Signature of Transcriber                            Date