# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ANTONIO MCNICHOLS | ) **JUDGMENT IN A CRIMINAL CASE**<br>) (For **Revocation** of Probation or Supervised Release)<br>)<br>) Case No. 4:16-cr-00233-JM-1<br>) USM No. 31035-009<br>) Lott Rolfe, IV<br>) _____<br>) Defendant's Attorney |

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 14 2020

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  1, 2, 3, 5, 6, 7, 8, 10   of the term of supervision.

☑ was found in violation of condition(s) count(s) 1, 4, 9  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 - Mandatory | The defendant must refrain from any unlawful use of a controlled substance. | 01/07/2020 |
| 2 - Mandatory | The defendant shall not commit another federal, state, or local crime. | 12/19/2019 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 3995

Defendant's Year of Birth: 1970

City and State of Defendant's Residence:
Blytheville, Arkansas

02/13/2020
Date of Imposition of Judgment

/s/ signature
Signature of Judge

JAMES M. MOODY JR., U.S. DISTRICT JUDGE
Name and Title of Judge

2/14/20
Date

DEFENDANT: ANTONIO MCNICHOLS
CASE NUMBER: 4:16-cr-00233-JM-11

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 3 - Standard (13) | The defendant must follow the instructions of the probation officer related to the conditions of supervision. | 01/23/2020 |
| 4 - Standard (5) | The defendant must live at a place approved by the probation officer. The defendant must notify the probation officer at least 10 days prior to a change in residence. | 01/21/2020 |
| 5 - Standard (8) | The defendant must not communicate or interact with someone who has been convicted of a felony without first getting permission from the probation officer. | 08/20/2019 |
| 6 - Special | The defendant must participate in a substance abuse treatment program under the guidance and supervision of the probation office. | 12/03/2019 |
| 7 - Special | The defendant must participate in a mental health treatment program under the guidance and supervision of the probation office. | 08/23/2019 |
| 8 - Special | The defendant shall pay a $100 Special Penalty Assessment. | 01/24/2020 |
| 9 - Standard (6) | The defendant must allow the probation officer to visit him at any time at his home or elsewhere. | 01/21/2020 |
| 10 - Standard (2) | The defendant must report to the probation officer as instructed | 12/31/2019 |

DEFENDANT: ANTONIO MCNICHOLS
CASE NUMBER: 4:16-cr-00233-JM-11

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :
TWELVE (12) MONTHS with no term of supervised release to follow

☒ The court makes the following recommendations to the Bureau of Prisons:
The Court recommends the defendant participate in nonresidential substance abuse treatment during incarceration.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
　　☐ at _____ ☐ a.m. ☐ p.m. on _____ .
　　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
　　☐ before 2 p.m. on _____ .
　　☐ as notified by the United States Marshal.
　　☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL